UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**12 CIV 7900**

```
----------------------------------------------X
                                               :
Hon Hai Precision Industry Co., Ltd.,          :
                                               :
                 Plaintiff,                    :     Civil Action No.
                                               :
         v.                                    :
                                               :
Wi-LAN Inc.,                                   :
                                               :
                 Defendant.                    :
                                               :
----------------------------------------------X
```

RECEIVED OCT 23 2012 U.S.D.C. S.D.N.Y. CASHIERS

## PLAINTIFF HON HAI PRECISION INDUSTRY CO., LTD.'S

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Hon Hai Precision Industry Co., Ltd. ("Hon Hai") states that it is a publicly held corporation. Hon Hai has no parent corporation and no publicly traded corporation owns more than 10% of its shares.

Dated:   New York, New York

         October 23, 2012

Respectfully submitted,

*Brian J. Prew*

Brian J. Prew, Esq.
**Goodwin Procter LLP**
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
bprew@goodwinprocter.com

OF COUNSEL:

Peter J. Wied, Esq. (*pro hac vice*)
Jay C. Chiu, Esq. (*pro hac vice*)
**Goodwin Procter LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax.: 213.623.1673

*Attorneys for Plaintiff*
*Hon Hai Precision Industry Co., Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Brian J. Prew