Serton D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO., LTD., )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>WI-LAN INC., )<br>  )<br>  Defendant. ) | C.A. No. 1:12-cv-7900-SAS<br>ECF Case |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION
## OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, subject to the Court's approval, that:

1. The time within which Defendant Wi-LAN Inc. ("Defendant") shall move or otherwise respond to Plaintiff Hon Hai Precision Industry Co., Ltd.'s Complaint is extended from the original due date of December 26, 2012 up to and including January 7, 2013; and

2. This is the first such request for an extension of time.

The parties further agree that Defendant is not entering a general appearance or otherwise submitting to this Court's jurisdiction by filing this stipulation, and that this stipulation and its entry shall not operate as a waiver of any challenge Defendant may have to the Court's exercise of personal jurisdiction over Defendant.

Dated: December 19, 2012

Respectfully submitted,

| GOODWIN PROCTER, LLP | VINSON & ELKINS L.L.P. |
|---|---|
| By: *(signature)* <br> Brian J. Prew <br> 620 Eighth Avenue <br> New York, NY 10018-1405 <br> Tel: (212) 459-7199 <br> Fax: (212) 459-7199 <br> bprew@goodwinprocter.com <br><br> Peter J. Wied <br> Terry D. Garnett <br> Vincent Yip <br> 601 S. Figueroa Street, 41st Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 426-2638 <br> Fax: (213) 623-1673 <br> pwied@goodwinprocter.com <br> tgarnett@goodwinprocter.com <br> vyip@goodwinprocter.com <br><br> *Attorneys for Plaintiff Hon Hai Precision Industry Co., Ltd.* | By: *(signature)* <br> Constance S. Huttner <br> Stephanie Donahue <br> Armita S. Cohen <br> 666 Fifth Avenue 26th Floor <br> New York, NY 10103-0040 <br> Telephone: (212) 237-0000 <br> Fax: (212) 237-0100 <br> chuttner@velaw.com <br> sdonahue@velaw.com <br> acohen@velaw.com <br><br> *Attorneys for Defendant Wi-LAN, Inc.* |

SO ORDERED:

*(signature)*

Hon. Shira A. Scheindlin
United States District Court Judge

Dated: 12/20/12

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I served the foregoing document on the following by electronic mail:

Constance S. Huttner
Stephanie Donahue
Armita S. Cohen
VINSON & ELKINS LLP
666 Fifth Avenue 26th Floor
New York, NY 10103-0040
Telephone: (212) 237-0000
Fax: (212) 237-0100
chuttner@velaw.com
sdonahue@velaw.com
acohen@velaw.com

David J. Tobin
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel: (214) 220-7700
Fax: (214) 220-7716
dtobin@velaw.com

*Attorneys for Defendant Wi-LAN, Inc.*

By: /s/ [signature]