IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HON HAI PRECISION INDUSTRY CO. LTD.,<br><br>     Plaintiff,<br><br> v.<br><br>WI-LAN INC.<br><br>     Defendant. | Civil Action No. 12-civ-7900 (SAS)<br><br>**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL** |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Kilpatrick Townsend & Stockton LLP hereby is substituted in the place and in the stead of the law firm of Vinson & Elkins LLP as counsel of record for Defendant Wi-LAN Inc. ("Wi-LAN") in the above-captioned action.

   **PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon Kilpatrick Townsend & Stockton LLP and directed to the attention of David E. Sipiora at the address set forth below.

Dated:  June 14, 2013

| | |
|---|---|
| VINSON & ELKINS LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| By: */s/ Constance Huttner* | By: */s/ David Sipiora* |
| Constance S. Huttner | David E. Sipiora |
| Stephanie Lollo Donahue | *Incoming Counsel for Defendant Wi-LAN* |
| Armita S. Cohen | 1400 Wewatta Street, Suite 600 |
| *Outgoing Counsel for Defendant Wi-LAN* | Denver, CO 80202 |
| 666 Fifth Avenue, 26th Floor | Telephone: (303) 571-4000 |
| New York, NY 10103 | Facsimile: (393) 571-4321 |
| Tel:  (212) 237-0000 | |
| Fax:  (212) 237-0100 | |
| chuttner@velaw.com | |
| sdonahue@velaw.com | |
| acohen@velaw.com | WI-LAN INC. |
| GOODWIN PROCTER LLP | By: */s/ Matthew Fox* |
| | Matthew A. Fox, Esq. (NY & USPTO) |
| By: */s/ Peter Wied* | Director, Patent Litigation |
| Peter J. Wied (pro hac vice) | *For Defendant* |
| *Counsel for Plaintiff* | |
| 601 S Figueroa St., 41st Floor | |
| Los Angeles, California 90017 | |
| Tel.: 213.426.2500 | |
| Fax.: 213.623.1673 | |

SO ORDERED

_____
The Honorable Shira A. Scheindlin
United States District Judge

June \_\_\_\_\_, 2013

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5.2 via the Court's CM/ECF system on June 14, 2013, and, as such, was served on all counsel of record.


*/s/ Constance Huttner*
Constance S. Huttner