UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Hon Hai Precision Co.

                Plaintiff(s),

-against-

Wi-Lan, Inc.

                Defendant(s).
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/13

ORDER OF DISCONTINUANCE

12 Civ. 7900 (SAS)(FM)

       It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

       ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

*(or defendant)*

DATED:    New York, New York
              December 20, 2013

                                               _____
                                               FRANK MAAS
                                               United States Magistrate Judge

_____            _____
Attorney(s) for Plaintiff                              Attorney(s) for Defendant
Peter Wied                                                      Matthew C. Holohan

Agreed and Consented to:                         Agreed and Consented to:

_____            _____
Richard Lee                                                     Andrew Parolin