
KILPATRICK
TOWNSEND

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/14**

**MEMO ENDORSED**

1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
T 303.571.4000  F 303.571.4321

David E. Sipiora
DSipiora@kilpatricktownsend.com

January 15, 2014

VIA FAX
The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Facsimile: (212) 805-6724

**APPLICATION GRANTED
SO ORDERED**

/s/ Frank Maas
Frank Maas, USMJ  1/17/14

Re:  *Hon Hai Precision Industry Co., Ltd. v. Wi-LAN Inc.*,
     Case No. 12-cv-7900-SAS (S.D.N.Y.)

Dear Judge Maas:

The parties have not yet finalized the settlement agreement in the above-referenced matter and do not believe that the agreement will be finalized before the expiration of time to reopen the case set forth in the Order of Discontinuance dated December 20, 2013 (Dkt. No. 46). Accordingly, the parties respectfully request an additional thirty days to finalize the settlement agreement.

Specifically, the parties request that the Order of Discontinuance be amended to provide that counsel for plaintiff or defendant may apply by letter for restoration of the action to the active calendar of the Court within 60 days of the Order, in which event the action will be restored.

Respectfully submitted,

/s/ *David E. Sipiora*
_____
David E. Sipiora

cc:  Peter Wied (pwied@goodwinprocter.com)

65949846v1